IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 1:16-cv-00677-WJM-SKC

**MARK ABRAHAMSON and DOUG BERG,** as individuals**,**

    Plaintiffs,

v.

**CLEAR CREEK FIRE AUTHORITY,** as a quasi-municipal corporation and political subdivision of the State of Colorado**;**
**CHIEF KELLEY BABEON,** individually, and
**MARIA FLECKSING,** individually

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT CERTIFIED RECORD

---

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Leave to Restrict the Certified Record (Motion). This Court has reviewed the file and the Motion and, being fully advised in the premises, hereby ORDERS as follows:

1. Pursuant to D.C.COLO.LCivR 7.1 and D.C.COLO.LCivR 7.2, cause having been shown, the Motion is GRANTED.

2. The Certified Record [ECF. Nos. 22 to 22-13] in this case, shall be restricted using a Level 1 restriction level. Accordingly, access to the Certified Record is limited to the parties and the court.

Dated and Ordered this 24th day of August, 2018

                            BY THE COURT:

                            _____
                            S. Kato Crews
                            United States Magistrate Judge
                            District of Colorado